**LISA R. LANG**
Lisa Lang Law LLC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: lisa@lisalanglaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**TIA THOMPSON,**

**Plaintiff,**

**vs.**

**COMMISSIONER of Social Security,**
       **Defendant.**

_____

**Civil No.** 6:25-cv-00916-YY

**ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $8,603.48, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

Dated this 13th day of April, 2026.

 /s/ Youlee Yim You
_____

Youlee Yim You
U.S. Magistrate Judge

Presented by:

Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035